**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ROXANE MORALES,**

    Plaintiff,

v.                                                   **Case No: 8:19-cv-02727-JSM-JSS**

**SOUTH FLORIDA**
**EDUCATIONAL FEDERAL**
**CREDIT UNION,**

    **Defendant.**
_____/

## NOTICE OF SETTLEMENT PENDING

**COMES NOW**, Plaintiff, **ROXANE MORALES**, by and through the undersigned counsel, and hereby submits this Notice of Settlement Pending pursuant to Local Rule 3.08 (a) and states that Plaintiff and Defendant(s), **SOUTH FLORIDA EDUCATIONAL FEDERAL CREDIT UNION**, have reached a settlement with regard to the instant case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon finalization of the same, the parties will immediately file the appropriate dismissal documents with the Court.

**[REMAINDER OF PAGE IS INTENTIONALLY LEFT BLANK]**

Respectfully submitted this **February 24, 2020.**

                            */s/ Kaelyn Steinkraus*
                            Kaelyn Steinkraus, Esq.
                            Florida Bar No. 125132
                            kaelyn@attorneydebtfighters.com
                            Law Office of Michael A. Ziegler, P.L.:
                            Debt Fighters
                            2561 Nursery Road, Suite A
                            Clearwater, FL 33764
                            (p)  (727) 538-4188
                            (f)  (727) 362-4778
                            *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this **24** day of **February 2020**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel for Defendant.

                            */s/ Kaelyn Steinkraus*
                            Kaelyn Steinkraus, Esq.
                            Florida Bar No. 125132