UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ROXANE MORALES,**

    Plaintiff,

v.                                                        Case No.: 8:19-cv-02727-JSM-JSS

**SOUTH FLORIDA**
**EDUCATIONAL FEDERAL**
**CREDIT UNION,**

    Defendant.
_____/

**STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    **COME NOW**, Plaintiff, **ROXANE MORALES**, and Defendant(s), **SOUTH FLORIDA EDUCATIONAL FEDERAL CREDIT UNION** ("Defendant"), by and through the undersigned counsel, and hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and agree that Plaintiff's claims against Defendant should be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

    Respectfully submitted this **April 24, 2020**,

| | |
|---|---|
| **LAW OFFICE OF MICHAEL A. ZIEGLER, P.L.: DEBT FIGHTERS** | **LUKS, SANTANIELLO, PETRILLO & COHEN, LLC** |
| */s/ Kaelyn Diamond* | */s/Matthew G. Krause* |
| Kaelyn Diamond, Esq. | Matthew G. Krause, Esq. |
| Florida Bar No. 125132 | Florida Bar No.: 844225 |
| kaelyn@attorneydebtfighters.com | Email: MKrause@insurancedefense.net |
| 2561 Nursery Road, Suite A | 110 S.E. 6th Street, |
| Clearwater, FL 33764 | 20th Floor |
| (p) (727) 538-4188 | Fort Lauderdale, FL 33301 |
| (f) (727) 362-4778 | (p) 954-766-9900 |
| *Counsel for Plaintiff* | (f): 954-766-9940 |
| | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this **24th** day of **April, 2020**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                 */s/ Kaelyn Diamond*
                                                 Kaelyn Diamond, Esq.
                                                 Florida Bar No. 125132